UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :

REYMUNDO SANDOVAL, *individually and on behalf*  :
*of others similarly situated*,                        :

                            :

                    Plaintiffs,        :             26-CV-3366 (JMF)

                            :

          -v-                     :             ORDER

                            :

NYHK W 40 LLC D/B/A TRANZIT RESTAURANT &  :
BAR et al.,                            :

                            :

                  Defendants.      :

                            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 28 and 29, 2026, several Defendants were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 15-18. To date, Defendants have failed to appear in this action. No later than **June 3, 2026,** Plaintiffs shall submit a letter addressing whether Plaintiffs have had any contact with the served Defendants or if they have any other reason to believe that the served Defendants have actual notice of this lawsuit.

      Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on all Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: May 27, 2026
      New York, New York                   _____
                                  JESSE M. FURMAN
                             United States District Judge