Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Ingrid J. Cardona
Associate
(212) 216-8032
ICardona@tarterkrinsky.com

October 23, 2026

**Via ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Granted. All current deadlines are stayed. By November 23, 2026, the parties shall either file an accepted Rule 68 offer of judgment or a settlement agreement and supporting materials for Cheeks review.

SO ORDERED:

10/26/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: ***Sandoval et al v. NYHK W 40 LLC et al***
**Case No.: 1:26-cv-03366 (JMF)(RWL)**
**Request for Stay of All Deadlines**

Dear Judge Lehrburger:

We represent Defendants Promise Hospitality Group LLC and Premtim Gjonbalic (together, "Defendants") in the above-referenced action. We write jointly with counsel for Plaintiff to respectfully request a stay of all proceedings in this action, including all discovery deadlines, all other pending deadlines, and the pretrial conference currently scheduled for December 9, 2026 at 3:00 p.m.

The parties are pleased to report that they have reached a settlement in principle resolving this action. The parties are now preparing the settlement documents and expect to finalize them and make the appropriate submission to the Court shortly. To conserve the resources of the Court and the parties, the parties respectfully request that the stay remain in effect while they finalize the settlement documents and submit them to the Court.

The parties propose to file the settlement documents, or a joint status letter updating the Court on their progress, within thirty (30) days of the date of this letter. This is the parties' first request for a stay of proceedings. Granting this request will not affect any other scheduled dates beyond those identified above.

We thank Your Honor for considering our request.

Respectfully submitted,
**TARTER KRINSKY & DROGIN LLP**

By: */s/ Ingrid J. Cardona*
Ingrid J. Cardona

cc: All counsel of record via ECF.